| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JONATHAN BANKS | XXXXXX 17-5423 |
| DEFENDANT | TYPE OF PROCESS |
| JAMES OWENS, ET. AL. | Summons and Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF PHILADELPHIA

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**AT** 1401 John F. Kennedy Boulevard, Suite 1430, Philadelphia, PA 19102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan Banks
6051 Webster Street
Philadelphia, PA 19102

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                                Fold

*[stamp: UNITED STATES MARSHAL RECEIVED 2018 JAN 22 PM 1:0 EASTERN DISTRICT PENNSYLVANIA]*

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (267) 575-2441 | DATE 1/22/2018 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 02 | District to Serve No. 02 | Signature of Authorized USMS Deputy or Clerk *[signature]* | Date 1/29/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jasmine Lee (Clerk Typist II)

Address *(complete only if different than shown above)*
1515 Arch St
Phila, PA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service 3/15/18 | Time 2:30 pm |
|---|---|

Signature of U.S. Marshal or Deputy *[signature]* 4/592

| Service Fee 65 | Total Mileage Charges *(including endeavors)* — | Forwarding Fee — | Total Charges — | Advance Deposits — | Amount owed to U.S. Marshal or IFP | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See Instructions for "Service of Process by the U.S. Marshal"*<br>*on the reverse of this form.* |
|---|---|

| PLAINTIFF<br>Jonathan Banks | COURT CASE NUMBER<br>17-5423 |
|---|---|
| DEFENDANT<br>James Owens, Badge # 0701 (Phila PD) | TYPE OF PROCESS<br>Summons and Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Philadelphia Police Special Victims Unit

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 East Hunting Park Avenue, Philadelphia, PA 19124

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jonathan Banks
6051 Webster Street
Philadelphia, PA 19143

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (267) 575-24[--]
DATE: 12/22/2017

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk<br>M. Kilinsky | Date<br>1/29/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Jasmine Lee (clerk Typist II)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
1515 Arch St
Phil, PA

Date of Service: 3/15/18
Time: 2:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>65 | Total Mileage Charges<br>*(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or<br>IFP | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)