IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN K. BANKS,**<br>    **Plaintiff,**<br><br>        v.<br><br>**JAMES OWENS, MEGHAN BACHMAN, KENNETH D. KLEINMAN, RICHARD D. RABENA, FRANKLIN INSTITUTE, ADA ALLISON BORGATTI, ADA ERIN O'BRIEN AND ADA ERIKA WEVODAU,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 17-5423** |

## **O R D E R**

**AND NOW**, this 28th day of November, 2018, upon consideration of Defendants' Motions to Dismiss the Third Amended Complaint (ECF Nos. 42, 43, 44, 45, and 47), and Plaintiff's responses thereto (ECF Nos. 48, 49, 50, 52, and 59), **IT IS ORDERED** that the Motions are **GRANTED**. The Third Amended Complaint (ECF No. 41) is **DISMISSED WITH PREJUDICE**.

                                                    **BY THE COURT:**

                                                    **/s/ Wendy Beetlestone**

                                                    **WENDY BEETLESTONE, J.**